# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**HOPE R. WALLACE,**

    Plaintiff(s),

**-vs-**

             **CASE NO.    3:10-cv-199**

             **District Judge Timothy S. Black**
             **Magistrate Judge Sharon L. Ovington**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant(s).

## JUDGMENT IN A CIVIL CASE

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED:** that the Report and Recommendation (Doc. 11) is **ADOPTED**; and that the case is **TERMINATED** on the docket of this Court.

Date:  August 3, 2011                          **JAMES BONINI, CLERK**

                                                      By: s/ M. Rogers
                                                      Deputy Clerk